# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Chattanooga

Jim "James" Hunter )
D.O.B. xx-xx-1963 )
SS # XXX-XX-9386 )
Name of plaintiff (s)

HSM/SKL

v. )

Erlanger Hospital- )
medical Center )

Case No. 1:17-cv-164
(to be assigned by Clerk)

FILED

JUN 1 4 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Name of defendant (s)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Funding & Subsidized(?) with money from the United States Government, and Serving The General Public of This nation

2. Plaintiff, Jim Hunter resides at (7609 Standifer Gap Road 37412)

P.O. Box 23148 , Chattanooga
street address          city

Hamilton , TN , 37421 , _____
county     state  zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, __Erlanger Hospital__ lives at, or its business is located at __975 E. 3rd Street__, __Chattanooga__,
street address / city
__Hamilton__, __TN__, __37404__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On 4-20-17, as a pedestrian accidentally hit by a truck, Emergency Medical (ambulance) Transport to Erlanger hospital, Subsequent bones fractured & other various injuries, Two followups to Erlanger, no Casting, no Surgery, no hands-on examination, being a apprehended prisoner from the scene of the accident, medical personell showed deliberate indifference & neglect of medical duty & obligation resulting in a worsening Right-Leg swelling & numbness, discoloration, all getting worser by the days.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Order Copies of plaintiff medical Record as proof of facts presented.
   b. Order Plaintiff's Custodian (incarcerated) CCA/core Civic - Silverdale medical Treatment.
   c. Have Defendant pay all ~~addion~~ additional medical + Legal fees.
   d. Award Plaintiff ($250,000.00) if my Leg is Saved, Ten Million ($10,000,000.00) if Leg is lost.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __8th__ day of __June__, 20__17__.

Jim ("James") Hunter
P.O. 23148
Chatt., TN 37421

_Jim Hunter_
Signature of plaintiff (s)

3